UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN SALINA,<br><br>                             Plaintiff,<br><br>         -against-<br><br>NEW YORK STATE UNIFIED COURT SYSTEM, ET AL.,<br><br>                             Defendants. | 25 CIVIL 5090 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the July 23, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    SO ORDERED.

Dated:  July 23, 2025

    New York, New York

                                                   /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                 Chief United States District Judge